**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Deniven Dupree Bell v. The State of Texas

Appellate case number:     01-17-00526-CR

Trial court case number:    A-16-0822-SB

Trial court:                       51st District Court of Tom Green County

The State's Exhibit 1, "Audio Disk," and State's Exhibit 2, "Audio Disk," were admitted into evidence at trial in the above case. This Court requests the Tom Green County District Clerk or the court reporter, if the exhibits are still in his or her possession, to send the original of State's Exhibit 1, "Audio Disk," and State Exhibit 2, "Audio Disk," to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

The exhibits are due in this Court no later than 14 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                              ☑ Acting individually      ☐ Acting for the Court

Date: February 8, 2018